FILED BY \_\_\_\_ D.C.
Jan 15, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**19-2053-MJ-GOODMAN**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-546-T-36AEP

18 U.S.C. § 1029(a)(3)

PAVLO KHARMANSKYI
   a/k/a Paul Kharmanskyi,
   a/k/a Pavel Kharmanskyi,
   a/k/a Pavel Harmansky,
   a/k/a Paul Harmansky,

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA
2018 NOV 15 PM 12: 52
FILED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of Unauthorized Access Devices—18 U.S.C. § 1029(a)(3))

1. On or about September 18, 2018, in the Middle District of Florida and elsewhere, the defendant,

PAVLO KHARMANSKYI
a/k/a Paul Kharmanskyi,
a/k/a Pavel Kharmanskyi,
a/k/a Pavel Harmansky,
a/k/a Paul Harmansky,

knowingly and with intent to defraud, possessed and aided and abetted others in the possession of 15 or more unauthorized access devices, that is, the social security numbers of 15 or more Florida residents, said possession affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 1029(a)(3), 1029(c)(1)(A)(i), and 2.

# FORFEITURE

1. The allegations contained in Count One of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of the violations alleged in this indictment, the defendant,

> PAVLO KHARMANSKYI
> a/k/a Paul Kharmanskyi,
> a/k/a Pavel Kharmanskyi,
> a/k/a Pavel Harmansky,
> a/k/a Paul Harmansky,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

BRIAN A. BENCZKOWSKI
Assistant Attorney General
Criminal Division

JOHN T. LYNCH, JR.
Chief, Computer Crime &
Intellectual Property Section
United States Department of Justice

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
Rachel K. Jones
Assistant United States Attorney

By: _____
Laura-Kate Bernstein
Trial Attorney
Computer Crime &
Intellectual Property Section
United States Department of Justice

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security &
Cyber Crimes Section

By: _____
Simon A. Gaugush
Assistant United States Attorney
Deputy Chief, Criminal Division

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

PAVLO KHARMANSKYI
a/k/a Paul Kharmanskyi,
a/k/a Pavel Kharmanskyi,
a/k/a Pavel Harmansky,
a/k/a Paul Harmansky

## INDICTMENT

Violations:   18 U.S.C. § 1029(a)(3)

A true bill.

_____
Foreperson

Filed in open court this 15th day

of November 2018.

_____
Clerk

Bail $_____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>PAVLO KHARMANSKYI<br>a/k/a Paul Kharmanskyi,<br>a/k/a Pavel Kharmanskyi,<br>a/k/a Pavel Harmansky, a/k/a Paul Harmansky<br>*Defendant* | )<br>)<br>) Case No. 8:18-cr-546-T-36AEP<br>)    SEALED<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PAVLO KHARMANSKYI                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   Possession of Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(3).

Date:   11/15/18                                                     _____CRobert_____
                                                                                      *Issuing officer's signature*

City and state:   Tampa, Florida                               ELIZABETH WARREN, Clerk, United States District Court
                                                                                      *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                            _____
                                                                                      *Arresting officer's signature*

                                                                                      _____
                                                                                      *Printed name and title*

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 NOV 15 PM 12: 52

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.

8:18-cr-546-T-36AEP

PAVLO KHARMANSKYI
a/k/a Paul Kharmanskyi,
a/k/a Pavel Kharmanskyi,
a/k/a Pavel Harmansky,
a/k/a Paul Harmansky

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the

Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 15th day of November, 2018.

*[signature: Christopher P. Tuite]*

The Honorable Christopher P. Tuite
United States Magistrate Judge

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
Tampa, FLORIDA

**OFFENSE CHARGED**

Possession of Unauthorized Access Devices.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Defendant: U.S. vs. Pavlo Kharmanskyi
a/k/a Paul Kharmanskyi, a/k/a Pavel Kharmanskyi,
a/k/a Pavel Harmansky, a/k/a Paul Harmansky

Address:   Kiev, Ukraine

Birth Date:   '1991

**SEALED**

Place of Offense: Middle District Of Florida

U.S.C. Citation: 18 U.S.C. § 1029(a)(3)

☒ Male   ☐ Female   ☐ Alien

Passport No: FM103253 (Ukraine)   SSN No. N/A   FBI No.

............................ DEFENDANT ............................

............................ PROCEEDING ............................

Name of Complainant Agency, or Person (& Title, if any)
FBI, Justin Allen

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per FRCrP
   ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   DOCKET NO.
   ☐ U.S. Attorney   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s)   MAGISTRATE CASE NO.
   before U.S. Magistrate regarding
   this defendant were recorded under ▸

Name and Office of Person Furnishing information on This Form
MARIA CHAPA LOPEZ   ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Asst. U.S. Attorney   Carlton Gammons
(813) 274-6363

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons } was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l   ☐ State
   If answer to (6) is "Yes", show name of institution: _____
   Booking No. _____
   Has detainer   ☐ Yes } If "Yes"
   been filed?   ☐ No } give date filed:

DATE OF ARREST   Mo.   Day   Year

Or... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▸   Mo.   Day   Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

METHOD OF SERVICE: Warrant
RECOMMENDED BOND: Detention

Will there be a defendant or witness in custody?   ☐ Yes   ☒ No

DEFENSE COUNSEL:
☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☐ (TB) To be Appointed

Start Date: _____

OCDETF Case   ☐ Yes   ☒ No
Gang Member   ☐ Yes   ☒ No   If Yes, gang affiliation: _____

| Statute(s) | Count(s) | Penalty Provisions | Maximum Penalty |
|---|---|---|---|
| 18 U.S.C. § 1029(a)(3) | One | 8 U.S.C. § 1326(a) | Up to 10 years imprisonment, 3 years SR, $250,000.00 fine |